## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JULIANA DIGIOSIA,

       Plaintiff,

    v.                                         Case No. 12-C-1292

AURORA HEALTH CARE, INC.,

       Defendant.

### ORDER

On September 24, 2014, this Court granted the Defendant's motion for summary judgmnet and awarded attorneys' and costs, pursuant to the parties' employment contract. The Defendant now moves for attorneys' fees in the amount of $8,846.08. It also asks for $5,103.35 in pre-judgment interest, plus $8,472.44 as costs. Costs have already been taxed by the chief deputy clerk.

There is no opposition to the motion. Accordingly, because the amounts appear reasonable, the Plaintiff is hereby ordered to pay costs of $8,472.44, as taxed by the chief deputy clerk, plus attorneys' fees of $8,846.08, and prejudgment interest of $5,103.35.

**SO ORDERED** this 15th day of December, 2014.

                                    /s William C. Griesbach
                                    William C. Griesbach, Chief Judge
                                    United States District Court